PRESIDENT, ETC., OF GREAT WESTERN TURNPIKE CO., Appellants, v. SHAFER, Respondent. (Supreme Court, Appellate Division, Third Department. March 15, 1901.) Action by the president, directors, and first company of the Great Western Turnpike Company against Martin L. Shafer. No opinion.

Appeal to the court of appeals is allowed, and the court certifies that in its opinion a question of law is involved which ought to be reviewed by the court of appeals. See 68 N. Y. Supp. 5.